UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS ROMERO,<br><br>    Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>    Defendant. | Case No. 5:16-cv-05415-EJD<br><br>**ORDER STAYING CASE**<br><br>Re: Dkt. No. 60 |

By stipulation of the parties, this case is stayed until a decision is rendered regarding Plaintiff's motion for preliminary approval of the class action settlement in Wolf v. Hewlett Packard Co., No. 5:15-cv-01221-BROGJS (C.D. Cal. June 22, 2015). The Clerk shall administratively close this file. The parties shall file a status report by January 30, 2018.

**IT IS SO ORDERED.**

Dated: November 8, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-05415-EJD
ORDER STAYING CASE

1